No. 2824. BALBUENA, APPELLEE, *v.* VIGO, APPELLANT. — District Court of Humacao. Debt. Decided July 27, 1922. Considering the motion for dismissal, the certificate accompanying it and the brief in support thereof, and no objection having been made by the adverse party, the motion is sustained and the appeal is dismissed.

No. 2551. PÉREZ BROTHERS, APPELLANTS, *v.* ARENAS, APPELLEE. — First District Court of San Juan. Decided July 27, 1922. Debt. Considering the record of this case and the grounds of the judgment below, and for the reasons stated in *Giménez* v. *Alfonso,* 29 P. R. R. 300, and *Armstrong & Co.* v. *Irizarry,* 29 P. R. R. 563, the judgment is reversed and a new trial ordered.

No. 381. THE PEOPLE AND THE ATTORNEY GENERAL, PETITIONERS, *v.* DISTRICT COURT OF SAN JUAN, SECTION ONE, RESPONDENT. — Certiorari. Decided July 27, 1922. This petition having been filed after 5 p. m. today and it being impossible to decide the matter submitted in the two remaining days of the term, two courses seem appropriate; either the issuance of a writ setting the hearing for November, or the denial of the writ with leave to make a new application if so desired. The latter being preferable, the writ is denied for the present.